IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIERA MANNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-400-GMS |
| | ) |
| BANK OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 19th day of Jan, 2011, the complaint in the above-captioned case having been filed on May 13, 2010, and the plaintiff having failed to show cause why the case should not be dismissed for failure to failure to serve process within 120 days of filing the complaint, pursuant to Fed. R. Civ. P. 4(m).

IT IS ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE for failure to serve process within 120 days of filing the complaint as required by Fed. R. Civ. P. 4(m).

_____
CHIEF, UNITED STATES DISTRICT JUDGE